UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 99-02723 RMT(SHx) | Date | April 10, 2008 |
|---|---|---|---|

| Title | Kingvision Pay-Per-View Ltd. v. Alfonso S. Hernandez, et al. |
|---|---|

| Present: The Honorable | ROBERT M. TAKASUGI, SENIOR U. S. DISTRICT JUDGE |
|---|---|

| Linda Williams | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE | NONE |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

On March 13, 2007, the court granted defendants' motion to vacate and set aside the default judgment entered on March 1, 2000 and entry of default. Defendants were to file a motion or response to the complaint on or before April 9, 2007.

The Court has not received a response or a motion from defendants, nor has plaintiff requested the entry of default.

Accordingly,

IT IS ORDERED that Plaintiff show cause in writing no later than April 30, 2008, why this action should not be dismissed for lack of prosecution.

The Court will consider the filing of the following, as an appropriate response to this OSC, on or before the above date:

- Request for entry of default

- Answer by the defendant(s)

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Court's Order may result in the dismissal of the action.

|  | 00 | : | 00 |
|---|---|---|---|
|  | Initials of Preparer | ljw | |